UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ephraim Slaton                                       Docket No. 7:19-CR-112-1BO

**Petition for Action on Supervised Release**

COMES NOW John V. Chiaramonte, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ephraim Slaton, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on July 27, 2020, to the custody of the Bureau of Prisons for a term of 45 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ephraim Slaton was released from custody on June 18, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 9, 2024, the defendant reported to the Fayetteville probation office and submitted a drug test which screened positive for marijuana. When questioned, the defendant admitted using marijuana on or about July 26, 2024, and signed an admission statement admitting to its use. It is recommended that a drug after care condition be added so that the defendant can be referred for a substance abuse assessment and placed in our Surprise Urinalysis Program to monitor for further drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>Supervising U.S. Probation Officer | /s/ John V. Chiaramonte<br>John V. Chiaramonte<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2568<br>Executed On: August 15, 2024 |

Ephraim Slaton
Docket No. 7:19-CR-112-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____16____ day of ____Aug.____, 2024, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
United States District Judge